UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: DANIEL ROBERT NUTT                                          CASE NO.: 15-

## CHAPTER 13 PLAN

**I.** Debtor proposes to pay by payroll deduction into the Chapter 13 Plan monthly payments of $400 for sixty (60) months.

**II.** Claims to be paid directly by debtor. **NONE**

**III.** Claims to be paid by Trustee.

    **A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,783 ($17 paid pre-petition for a total of $2,800). The Trustee shall receive fees of approximately 10% of plan payments.

    **B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

    **1. Real Property:**

        Specialized Loan Servicing LLC: collateral - House and 2 acres located at 228 Owens Road, Rustin, LA; to be surrendered in full satisfaction of the debt owed.

    **2. Personal Property:**

        GM Financial: collateral -2011 Ford Explorer; estimated secured claim of $16,000 to be paid with interest at 6%. As adequate protection, GM Financial shall be paid $25 per month until the debtor's attorney fees are paid in full.

    **C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **NONE**

    **D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 4th day of March, 2015.

                                              McBride Law Firm

                                              /s/Thomas C. McBride
                                By: Thomas C. McBride (#09210)
                                    Kathryn A. Wiley (#33672)
                                    Thomas C. McBride, LLC
                                    McBride Law Firm
                                    301 Jackson Street, Suite 101
                                    Alexandria, LA 71301
                                    Telephone (318) 445-8800
                                    Facsimile (318) 445-8066